UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KYLE MURPHY,

       Plaintiff                                   Case No. 3:19-cv-0055 WWE

v.

JOSEPH MATURO, DAVID EMERMAN,
ED LENNON, STEPHEN PAULSEN,
KERSHEN BISSETTE, BRENT LARRABEE,
FRANK GENTILESCO, JOSEPH ZULLO,
AND FRANK J. KOLB,

       Defendants

## JUDGMENT

This matter came on for consideration of the defendants' motion to dismiss doc. #12, before the Honorable Warren W. Eginton, Senior United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on July 23, 2019, the court granted the motion in favor of all defendants. It is therefore;

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of all defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of July, 2019.

                                                                          ROBIN D. TABORA, Clerk

                                                                          By: /s/ Susan Imbriani
                                                                             Susan Imbriani
                                                                             Deputy Clerk

EOD: 7/23/19